**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>DEL ROSARIO, CZAR<br><br><br>               Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-28745 JS<br><br>JUDGE JOHN SQUIRES |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE JOHN SQUIRES
      BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report and Account in accordance with 11 U.S.C. §704(9).

1.      DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this Chapter 13 case was filed on 07/20/2005 and converted to a Chapter 7 on 9/26/05.  The Trustee was appointed on 09/26/2005.  An order for relief under Chapter 7 was entered on 9/26/05.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code.  The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed.  The tasks performed by the Trustee are set forth on Exhibit A.  The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.      The disposition of estate property is set forth in Exhibit B.  The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the Trustee's Final Report as of 12/8/06 is as follows:

a. RECEIPTS (See Exhibit C)     $ 17,121.14

b. DISBURSEMENTS (See Exhibit C)     $ 850.00

c. NET CASH available for distribution     $ 16,271.14

d. TRUSTEE/PROFESSIONAL COSTS
   1. Trustee compensation requested (See Exhibit E)     $ 1,739.67
   2. Trustee Expenses (See Exhibit E)     $ 100.00
   3. Compensation requested by attorney or other
     professionals for trustee (See Exhibit F)     $ 5,495.62
e. Illinois Income Tax for Estate (See Exhibit G)     $ 0.00

5.     The Bar Date for filing unsecured claims expired on <u>03/30/2006</u>.

6.     All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the

Trustee.   The actual dollar amount of claims allowed and/or requested for this estate is as follows:

a. Allowed unpaid secured claims     $ 0.00

b. Chapter 7 Administrative and 28 U.S.C. §1930 claims     $ 7,335.29

c. Allowed Chapter 11 Administrative Claims     $ 0.00

d. Allowed priority claims     $ 0.00

e. Allowed unsecured claims     $ 1,711.40

7.     Trustee proposes that unsecured creditors receive a distribution of 100.00% of allowed claims,

plus interest from the date of bankruptcy filing to estimated date of filing of TFR at T-Bill Rate of 3.88%.

8.     Total compensation and expense previously awarded to Trustee's counsel, accountant or other

professional was $0.00.   Professional's compensation and expense requested but not yet allowed is

$5,495.62.   The total of Chapter 7 professional fees and expenses request ed for final allowance is

$7,335.29. (A summary of the professional fees and expenses previously requested is attached hereto as

Exhibit G.)

9.     A fee of $2,200.00 was paid to Debtor's counsel for services rendered in connection with this

case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for noti ce and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).   The Trustee further request s that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.


Dated:  12/8/06                                    RESPECTFULLY SUBMITTED,


                                                   By:/s/David E. Grochocinski
                                                      DAVID GROCHOCINSKI, TRUSTEE
                                                      1900 RAVINIA PLACE
                                                      ORLAND PARK, IL  60462
                                                      Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL 60462

Invoice submitted to:
Del Rosario, Czar

December 07, 2006

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/15/2005 | DEG | Review of schedules and statement of financial affairs prior to 341 meeting | 1.00 350.00/hr | 350.00 |
| 11/18/2005 | DEG | Receipt and review of motion to modify stay from Darren Besic on behalf of Lighthouse Financial Group | 0.50 350.00/hr | 175.00 |
| 12/9/2005 | DEG | Prepared letter to broker regarding inspection of property | 0.50 350.00/hr | 175.00 |
| 12/12/2005 | DEG | Receipt and review of motion for relief from auto stay from Codilis & Assoc. | 0.50 350.00/hr | 175.00 |
| 12/28/2005 | DEG | Prepared asset notice and file with court | 0.50 350.00/hr | 175.00 |
| 1/12/2006 | DEG | Review of tract search on real estate | 0.50 350.00/hr | 175.00 |
| 1/13/2006 | DEG | Prepared notice of interest in real estate; send to recorder of deeds | 0.50 350.00/hr | 175.00 |
| 1/16/2006 | DEG | Receipt and review of disclosures | 0.50 350.00/hr | 175.00 |
|  | DEG | Facsimile letter to broker with the signed listing agreement | 0.80 350.00/hr | 280.00 |
| 1/26/2006 | DEG | Telephone conference with David Lin; debtor will cooperate | 0.20 350.00/hr | 70.00 |
| 2/15/2006 | DEG | Review of claims docket | 0.50 350.00/hr | 175.00 |
| 3/3/2006 | DEG | Letter to debtor with order approved to compel debtor to cooperate and allow access to the residence for purpose of sale | 0.50 350.00/hr | 175.00 |
| 3/13/2006 | DEG | Prepared letter to David Lin regarding sale of real estate or offer to settle | 0.30 350.00/hr | 105.00 |



EXHIBIT

Blumberg No. 5119

A

Del Rosario, Czar

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/22/2006 | DEG | Email to David Lin regarding valuation of real estate and liquation of same for benefit of creditors | 0.20 350.00/hr | 70.00 |
| 4/12/2006 | DEG | Facsimile letter to broker regarding sale of real estate | 0.20 350.00/hr | 70.00 |
| | DEG | Email to David Lin regarding estimate of fees and costs in chapter 7 case; need response regarding settlement | 0.20 350.00/hr | 70.00 |
| 4/13/2006 | DEG | Email from David Lin regarding acceptance of offer and response to my email of 4/12/06 | 0.20 350.00/hr | 70.00 |
| 5/8/2006 | DEG | Telephone conference with David Lin regarding 5/26/06 motion and loan approval deadline | 0.20 350.00/hr | 70.00 |
| 5/9/2006 | DEG | Telephone conference with David Lin regarding need for authorization to close | 0.20 350.00/hr | 70.00 |
| | DEG | Email to David Lin regarding proposed order and quit claim deed | 0.20 350.00/hr | 70.00 |
| | DEG | Email from David Lin regarding quit claim deed upon receipt of funds | 0.20 350.00/hr | 70.00 |
| | DEG | Receipt and review of letter from debtor's attorney regarding agreement to settle for $17,000 | 0.20 350.00/hr | 70.00 |
| 6/27/2006 | DEG | Letter to broker with check for $850.00 for compensation of services rendered in connection with real estate | 0.50 350.00/hr | 175.00 |
| 7/17/2006 | DEG | Prepared letter to accountant with order approving employment and necessary documents to prepar tax returns | 1.00 350.00/hr | 350.00 |
| 10/18/2006 | DEG | Final review of claims docket; correspond with Darren Besic to withdraw claim of Lighthouse Financial; stay modified | 1.00 350.00/hr | 350.00 |
| 12/7/2006 | DEG | Prepared final report | 2.00 350.00/hr | 700.00 |
| | DEG | Receipt and review of tax returns and invoice from accountant; review of same; send letters to IRS | 1.00 350.00/hr | 350.00 |
| | | For professional services rendered | 14.10 | $4,935.00 |

## TRUSTEE COSTS

1) **Property Insight – Tract Search**                    $60.00

2) **Recorder of Deeds**                                   <u>40.00</u>

**TOTAL COSTS**                                            $<u>**100.00**</u>

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

TOTAL RECEIPTS                                             $                17,121.14

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                          $                  2,697.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                                  $                10,950.00

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 05B-28745 JS | **Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE |
| **Case Name:** DEL ROSARIO, CZAR | **Filed (f) or Converted (c):** 07/20/05 (f) |
| | **§341(a) Meeting Date:** 11/29/05 |
| **Period Ending:** 12/07/06 | **Claims Bar Date:** 03/30/06 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 308 NELSON COURT | 240,000.00 | 86,858.00 | | 17,000.00 | FA |
| 2 | IBM SAVINGS ACCOUNT | 400.00 | 0.00 | | 0.00 | FA |
| 3 | FURNITURE | 500.00 | 0.00 | | 0.00 | FA |
| 4 | BOOKS AND PICTURES | 50.00 | 0.00 | | 0.00 | FA |
| 5 | CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 6 | 1996 FORD THUNDERBIRD | 2,525.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1998 TOYOTA CAMRY | 8,525.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 121.14 | Unknown |
| 8 | **Assets**    **Totals** (Excluding unknown values) | **$252,200.00** | **$86,858.00** | | **$17,121.14** | **$0.00** |

**Major Activities Affecting Case Closing:**

    EMPLOYED REAL ESTATE BROKER TO SELL RESIDENCE

**Initial Projected Date Of Final Report (TFR):** June 30, 2007    **Current Projected Date Of Final Report (TFR):** June 30, 2007

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05B-28745 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| Case Name: | DEL ROSARIO, CZAR | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****05-19 - Time Deposit Account |
| Taxpayer ID #: | 13-7523778 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/07/06 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/06 | | FUNDING ACCOUNT: ********0565 | | 9999-000 | 15,000.00 | | 15,000.00 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 5.10 | | 15,005.10 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 19.76 | | 15,024.86 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 19.79 | | 15,044.65 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 18.54 | | 15,063.19 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 19.85 | | 15,083.04 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 19.22 | | 15,102.26 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 15,102.26 | 0.00 | $15,102.26 |
| Less: Bank Transfers | 15,000.00 | 0.00 |
| Subtotal | 102.26 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $102.26 | $0.00 |

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05B-28745 JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | DEL ROSARIO, CZAR | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****05-65 - Money Market Account |
| Taxpayer ID #: | 13-7523778 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/07/06 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/12/06 | {1} | TITLE COMPANY OF AMERICA, INC. | SETTLEMENT OF INTEREST IN REAL PROPERTY PER ORDER OF 5/26/06 | 1149-000 | 17,000.00 | | 17,000.00 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 5.96 | | 17,005.96 |
| 06/22/06 | 1001 | KOENIG & STREY | COMPENSATION TO BRKER PER ORDER OF 5/26/06 | 3510-000 | | 850.00 | 16,155.96 |
| 06/23/06 | | ACCOUNT FUNDED: ********0519 | | 9999-000 | | 15,000.00 | 1,155.96 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 8.56 | | 1,164.52 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 1.26 | | 1,165.78 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.79 | | 1,166.57 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.74 | | 1,167.31 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.81 | | 1,168.12 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.76 | | 1,168.88 |

|  | | ACCOUNT TOTALS | 17,018.88 | 15,850.00 | $1,168.88 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | 0.00 | 15,000.00 | |
| | | **Subtotal** | **17,018.88** | **850.00** | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$17,018.88** | **$850.00** | |

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05B-28745 JS |
| **Case Name:** | DEL ROSARIO, CZAR |
| **Taxpayer ID #:** | 13-7523778 |
| **Period Ending:** | 12/07/06 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****05-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 17,121.14 |
| Net Estate : | $17,121.14 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **CD # ***-*****05-19** | 102.26 | 0.00 | 15,102.26 |
| **MMA # ***-*****05-65** | 17,018.88 | 850.00 | 1,168.88 |
| **Checking # ***-*****05-66** | 0.00 | 0.00 | 0.00 |
| | $17,121.14 | $850.00 | $16,271.14 |

{} Asset reference(s)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>DEL ROSARIO, CZAR<br><br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-28745 JS<br><br>JUDGE JOHN SQUIRES |

**PROPOSED DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 7,335.29 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 1,614.11 |
| Post-Petition Interest: | $ 97.29 |
| Surplus to Debtor: | $ 7,224.45 |
| | |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 16,271.14 |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                    **PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 7,335.29 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | 100.00 | 100.00 |
| ADMIN2 | DAVID GROCHOCINSKI, TRUSTEE | 1,739.67 | 1,739.67 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 55.62 | 55.62 |
| ADMIN4 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 4,240.00 | 4,240.00 |
| ADMIN5 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,200.00 | 1,200.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL           $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $            0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL           $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $            0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL           $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $            0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL           $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $            0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

|  |  | TOTAL | |
| --- | --- | --- | --- |
|  |  | TOTAL $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- | --- |
| §507(a)(7) - Alimony |  | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|  |  | TOTAL $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- | --- |
| §724(b)(6) - Tax Liens: |  | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|  |  | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- | --- |
| §507(a)(8) - Tax claims excluding fines and penalties |  | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|  |  | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- | --- |
| §507(a)(9) - Capital Commitments to FDIC, et al. |  | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|  |  | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- | --- |

§726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full)                $      1,614.11          100.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 003 | FAST CASH ADVANCE | 1,184.04 | 1,184.04 |
| 004 | PREMIER BANKCARD | 430.07 | 430.07 |
| | | TOTAL        $ | 1,614.11 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | General Unsecured Subordinated claims | $      0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $      0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $      0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(5) - Interest | $      97.29 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 003I | FAST CASH ADVANCE | 71.37 | 71.37 |
| 004I | PREMIER BANKCARD | 25.92 | 25.92 |
| | | TOTAL    $ | 97.29 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $    7,224.45 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| SURPLUS | DEL ROSARIO, CZAR | 7,224.45 | 7,224.45 |
| | | TOTAL    $ | 7,224.45 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 001 | LIGHTHOUSE FINANCIAL GROUP OF ILLINOIS P.O. BOX 18512 TAMPA, FL  33679- | $    3,491.31 | Disallowed |
| Secured | 002 | CENTEX HOME EQUITY COMPANY LLC 350 HIGHLAND LEWISVILLE, TX  75067- | $ 161,442.66 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____

_____
DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 55.62 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 4,240.00 | |
| | | | 4,295.62 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 1,200.00 | |
| | | | 1,200.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $            0.00 | $        5,495.62 | $        5,495.62 |

EXHIBIT F

1