**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>DEL ROSARIO, CZAR<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-28745 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: DuPage County Courthouse
    505 N County Farm Road, Courtroom 2000
    Wheaton, IL 60187

    on: March 2, 2007
    at: 10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                 $        17,121.14

    b. Disbursements                            $           850.00

    c. Net Cash Available for Distribution      $        16,271.14

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE<br>(Trustee Expenses) | 0.00 | | $100.00 |
| DAVID GROCHOCINSKI, TRUSTEE | 0.00 | $1,739.67 | |

| | | |
|---|---|---|
| (Trustee Fees) | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 0.00 | $55.62 |
| (Trustee's Firm Legal Expenses) | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 0.00 | $4,240.00 |
| (Trustee's Firm Legal Fees) | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 0.00 | $1,200.00 |
| (Trustee's Accountant Fees) | | |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $1,614.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 003 | FAST CASH ADVANCE | $ 1,184.04 | $ 1,184.04 |
| 003I | FAST CASH ADVANCE | $ 71.37 | $ 71.37 |
| 004 | PREMIER BANKCARD | $ 430.07 | $ 430.07 |
| 004I | PREMIER BANKCARD | $ 25.92 | $ 25.92 |
| SURPLUS | DEL ROSARIO, CZAR | $ 7,224.45 | $ 7,224.45 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site,

*www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: 1996 Ford Thunderbird and 1998 Toyota Camry

Dated:  February 7, 2007                     For the Court,

                                             By: KENNETH S GARDNER
                                                 Kenneth S. Gardner
                                                 Clerk of the United States Bankruptcy Court
                                                 219 S. Dearborn Street; 7th Floor
                                                 Chicago, IL  60604

Trustee:  DAVID GROCHOCINSKI, TRUSTEE
Address:  1900 RAVINIA PLACE
          ORLAND PARK, IL  60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| DEL ROSARIO, CZAR | |
| | CASE NO. 05B-28745 JS |
| | JUDGE JOHN SQUIRES |
| Debtor(s) | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Trustee's compensation | $ | 1,739.67 |
| 2. | Trustee's expenses | $ | 100.00 |
| | TOTAL | $ | 1,839.67 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 4,240.00 |
| | b. Expenses | $ | 55.62 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 1,200.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |

**EXHIBIT G**

3. Other Professionals

                     TOTAL    $  5,495.62

  IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____ , 200 __ .

             ENTERED _____
             JOHN SQUIRES
             UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT G**

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

8745  Doc 66  Filed 02/07/07  Entered 02/09/07 23:41:22  Desc Imaged
Certificate of Service  Page 6 of 6

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1            Date Rcvd: Feb 07, 2007
Case: 05-28745                 Form ID: pdf002          Total Served: 25

The following entities were served by first class mail on Feb 09, 2007.
 db          +Czar Del Rosario,   308 Nelson Court,   Bolingbrook, IL 60440-1042
 aty         +Darren L Besic,   Law Offices Of Darren L Besic,   5 East Wilson Street,   Batavia, IL 60510-2656
 aty         +David E Grochocinski,   Grochocinski & Grochocinski,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
 aty         +David T Lin,   Robert J. Semrad And Associates,   407 S Dearborn St,   6th Floor,
               Chicago, IL 60605-1136
 aty         +Gloria C Tsotsos,   Codilis & Associates PC,   15W030 North Frontage Rd Suite 100,
               Burr Ridge, IL 60527-6921
 aty         +Robert J Semrad,   Robert J Semrad & Associates L LC,   407 S Dearborn St Ste 600,
               Chicago, IL 60605-1115
 tr          +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
 cr          +Centex Home Equity,   c/o Codilis and Associates, P.C.,   15W030 North Frontage Road,   Suite 100,
               Burr Ridge, IL 60527-6921
9604117      +At & T Broadband,   Po Box 173885,   Denver, CO 80217-3885
9604119      +Collection,   700 Longwater Dr,   Norwell, MA 02061-1796
9604120      +Credit Protection,   13355 Noel Rd.,   Dallas, TX 75240-6602
9604115      +Del Rosario Czar,   308 Nelson Court,   Boilingbrook, IL 60440-1042
9604121      +Fast Cash Advance,   Law Offices of Solomon & Leadley,   320 East Indian Trail,
               Aurora, IL 60505-1760
9604122      +First Preimer Bank,   601 S. Minnesota,   Sioux Falls, SD 57104-4824
9604123      +Ic System,   P.O. Box 64378,   Saint Paul, MN 55164-0378
9604124      +Lighthouse Financial Group Of Illinois,   P.O. Box 18512,   Tampa, FL 33679-8512
9604125       Mci,   Po Box 163250,   Columbus, OH 43216-3250
9604126      +Medical Recovery Specialists,   2200 E Devon Ave,   Suite 288,   Des Plaines, IL 60018-4501
9604118     ++NATIONSTAR MORTGAGE LLC,   P O BOX 299008,   LEWISVILLE TX 75029-9008
              (address filed with court:   Centex Home Equity Company LLC,   350 Highland,
               Lewisiville, TX 75067-4177)
9604127      +Ndc Check Service,   6215 W Howard,   Niles, IL 60714-3403
9604128      +Park Dansan,   113 W 3rd Ave, PO Box 248,   Gastonia, NC 28052-4320
9604129      +Pleasantview Fire Prot,   PO BOX 457,   Wheeling, IL 60090-0457
9812621      +Premier Bankcard,   Premier/CSI Dept SDPR,   PO Box 2208,   Vacaville, CA 95696-8208
9604116      +Robert J Semrad & Associates,   407 S Dearborn Ave,   Suite 400,   Chicago, IL 60605-1163
9604130      +Rush University Medical Center,   21238 Network Place,   Chicago, IL 60673-1212
The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 acc          Alan Horewitch
 br           Harriet J Bode
 acc          Scott, Horewitch Pidgeon & Abrams, LLC
                                                                                               TOTALS: 3, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 09, 2007**     Signature:  _Joseph Speetjens_