IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| Del Rosario, Czar | |
| | CASE NO.05B 28745 JS |
| | |
| | HONORABLE JOHN SQUIRES |
| Debtor(s) | |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE JOHN SQUIRES,
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed.  Evidence of cancelled checks since the filing of the Trustee's Final Report is set for on the Form II Report attached hereto.  Form II also reflect a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.


9/13/07                                          /s/David Grochocinski
DATE                                             DAVID GROCHOCINSKI, TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>DEL ROSARIO, CZAR<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-28745 JS<br><br>JUDGE JOHN SQUIRES |

### DISTRIBUTION REPORT

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 7,335.29 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 1,614.11 |
| Post-Petition Interest: | $ 101.23 |
| Surplus to Debtor: | $ 7,255.34 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$ 16,305.97** |



**DISTRIBUTION REPORT**                                                                **PAGE 1**

| 1. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| Secured Claims | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ | 7,335.29 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | | 100.00 | 100.00 |
| ADMIN2 | DAVID GROCHOCINSKI, TRUSTEE | | 1,739.67 | 1,739.67 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | | 55.62 | 55.62 |
| ADMIN4 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | | 4,240.00 | 4,240.00 |
| ADMIN5 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | | 1,200.00 | 1,200.00 |

| 3. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

|  |  | TOTAL | $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony |  | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  |  | TOTAL $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: |  | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  |  | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties |  | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  |  | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. |  | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  |  | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 1,614.11 | 100.00% |
|---|---|---|---|
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 003 | FAST CASH ADVANCE | 1,184.04 | 1,184.04 |
| 004 | PREMIER BANKCARD | 430.07 | 430.07 |
| | | TOTAL    $ | 1,614.11 |

| **14.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

| **15.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

| **16.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

| **17.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | §726(a)(5) - Interest | $ 101.23 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 003I | FAST CASH ADVANCE | 74.26 | 74.26 |
| 004I | PREMIER BANKCARD | 26.97 | 26.97 |
| | | TOTAL      $ | 101.23 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $    7,255.34 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| SURPLUS | DEL ROSARIO, CZAR | 7,255.34 | 7,255.34 |
| | | TOTAL      $ | 7,255.34 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 001 | LIGHTHOUSE FINANCIAL GROUP OF ILLINOIS P.O. BOX 18512 TAMPA, FL  33679- | $   3,491.31 | Disallowed |
| Secured | 002 | CENTEX HOME EQUITY COMPANY LLC 350 HIGHLAND LEWISVILLE, TX  75067- | $ 161,442.66 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 3/2/07                          /s/David Grochocinski
                                       DAVID GROCHOCINSKI, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN

IN RE:  
DEL ROSARIO, CZAR

CHAPTER 7 CASE

CASE NO. 05B-28745 JS

JUDGE JOHN SQUIRES

Debtor(s)

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 1,739.67 |
| 2. | Trustee's expenses | $ | 100.00 |
| | TOTAL | $ | 1,839.67 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 4,240.00 |
| | b. Expenses | $ | 55.62 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 1,200.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |

**EXHIBIT G**

3.  Other Professionals

TOTAL        $_____5,495.62_

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

**ENTERED**

DATED this _____ day of _____, 200 __.

MAR - 2 2007

John H. Squires Bankruptcy Judge
UNITED STATES BANKRUPTCY COURT

**ENTERED** _____
JOHN SQUIRES
**UNITED STATES BANKRUPTCY JUDGE**

**EXHIBIT G**

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05B-28745 JS  
**Case Name:** DEL ROSARIO, CZAR  

**Taxpayer ID #:** 13-7523778  
**Period Ending:** 09/13/07  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*05-19 - Time Deposit Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/06 |  | FUNDING ACCOUNT: \*\*\*\*\*\*\*\*0565 |  | 9999-000 | 15,000.00 |  | 15,000.00 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 5.10 |  | 15,005.10 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 19.76 |  | 15,024.86 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 19.79 |  | 15,044.65 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 18.54 |  | 15,063.19 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 19.85 |  | 15,083.04 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 19.22 |  | 15,102.26 |
| 12/22/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 14.12 |  | 15,116.38 |
| 12/27/06 |  | To Account #\*\*\*\*\*\*\*\*0565 | TRANSFER TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 |  | 15,116.38 | 0.00 |
|  |  | **ACCOUNT TOTALS** |  |  | **15,116.38** | **15,116.38** | **$0.00** |
|  |  | Less: Bank Transfers |  |  | 15,000.00 | 15,116.38 |  |
|  |  | **Subtotal** |  |  | **116.38** | **0.00** |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$116.38** | **$0.00** |  |

{} Asset reference(s)  
Printed: 09/13/2007 11:07 AM    V.9.55

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05B-28745 JS  
**Case Name:** DEL ROSARIO, CZAR  

**Taxpayer ID #:** 13-7523778  
**Period Ending:** 09/13/07  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****05-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/12/06 | {1} | TITLE COMPANY OF AMERICA, INC. | SETTLEMENT OF INTEREST IN REAL PROPERTY PER ORDER OF 5/26/06 | 1149-000 | 17,000.00 | | 17,000.00 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.96 | | 17,005.96 |
| 06/22/06 | 1001 | KOENIG & STREY | COMPENSATION TO BRKER PER ORDER OF 5/26/06 | 3510-000 | | 850.00 | 16,155.96 |
| 06/23/06 | | ACCOUNT FUNDED: ********0519 | | 9999-000 | | 15,000.00 | 1,155.96 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.56 | | 1,164.52 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.26 | | 1,165.78 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.79 | | 1,166.57 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.74 | | 1,167.31 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.81 | | 1,168.12 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.76 | | 1,168.88 |
| 12/27/06 | | From Account #********0519 | TRANSFER TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 15,116.38 | | 16,285.26 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.73 | | 16,286.99 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.86 | | 16,297.85 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.12 | | 16,305.97 |
| 03/01/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 0.00 | | 16,305.97 |
| 03/01/07 | | To Account #********0566 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 16,305.97 | 0.00 |

**Subtotals:** $32,155.97   $32,155.97

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 05B-28745 JS  
**Case Name:** DEL ROSARIO, CZAR  

**Taxpayer ID #:** 13-7523778  
**Period Ending:** 09/13/07  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****05-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **32,155.97** | **32,155.97** | $0.00 |
| | | | Less: Bank Transfers | | 15,116.38 | 31,305.97 | |
| | | | **Subtotal** | | **17,039.59** | **850.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$17,039.59** | **$850.00** | |

{} Asset reference(s)  
Printed: 09/13/2007 11:07 AM    V.9.55

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 05B-28745 JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | DEL ROSARIO, CZAR | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*05-66 - Checking Account |
| Taxpayer ID #: | 13-7523778 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/13/07 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/01/07 | | From Account #\*\*\*\*\*\*\*\*0565 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 16,305.97 | | 16,305.97 |
| 03/08/07 | 101 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $100.00, Trustee Expenses; Reference: | 2200-000 | | 100.00 | 16,205.97 |
| 03/08/07 | 102 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $1,739.67, Trustee Compensation; Reference: | 2100-000 | | 1,739.67 | 14,466.30 |
| 03/08/07 | 103 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $55.62, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 55.62 | 14,410.68 |
| 03/08/07 | 104 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $4,240.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,240.00 | 10,170.68 |
| 03/08/07 | 105 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $1,200.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,200.00 | 8,970.68 |
| 03/08/07 | 106 | FAST CASH ADVANCE | Dividend paid 100.00% on $1,184.04; Claim# 003; Filed: $1,184.04; Reference: | 7100-000 | | 1,184.04 | 7,786.64 |
| 03/08/07 | 107 | PREMIER BANKCARD | Dividend paid 100.00% on $430.07; Claim# 004; Filed: $430.07; Reference: | 7100-000 | | 430.07 | 7,356.57 |
| 03/08/07 | 108 | FAST CASH ADVANCE | Dividend paid 100.00% on $74.26; Claim# 003I; Filed: $74.26; Reference: | 7990-000 | | 74.26 | 7,282.31 |
| 03/08/07 | 109 | PREMIER BANKCARD | Dividend paid 100.00% on $26.97; Claim# 004I; Filed: $26.97; Reference: | 7990-000 | | 26.97 | 7,255.34 |
| 03/08/07 | 110 | DEL ROSARIO, CZAR | Dividend paid 100.00% on $7,255.34; Claim# SURPLUS; Filed: $7,255.34; Reference: Stopped on 07/19/07 | 8200-000 | | 7,255.34 | 0.00 |
| 07/19/07 | 110 | DEL ROSARIO, CZAR | Dividend paid 100.00% on $7,255.34; Claim# SURPLUS; Filed: $7,255.34; Reference: | 8200-000 | | -7,255.34 | 7,255.34 |
| | | | **Subtotals :** | | **$16,305.97** | **$9,050.63** | |

{} Asset reference(s)

**Form 2**  Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 05B-28745 JS  
**Case Name:** DEL ROSARIO, CZAR  

**Taxpayer ID #:** 13-7523778  
**Period Ending:** 09/13/07  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****05-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Stopped: check issued on 03/08/07 | | | | |
| 07/26/07 | 111 | CLERK, U.S. BANKRUPTCY COURT | UNCLAIMED FUNDS | 2700-001 | | 7,255.34 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 16,305.97 | 16,305.97 | $0.00 |
| | | | Less: Bank Transfers | | 16,305.97 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 16,305.97 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$16,305.97** | |

Net Receipts :     17,155.97  
Net Estate :     $17,155.97  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| CD # ***-*****05-19 | 116.38 | 0.00 | 0.00 |
| MMA # ***-*****05-65 | 17,039.59 | 850.00 | 0.00 |
| Checking # ***-*****05-66 | 0.00 | 16,305.97 | 0.00 |
| | $17,155.97 | $17,155.97 | $0.00 |

{} Asset reference(s)          Printed: 09/13/2007 11:07 AM     V.9.55